## First Department, September, 1957

## (September 4, 1957)

■ In the Matter of Harris J. Klein, Individually and on Behalf of All the Enrolled Voters of the Democratic, Republican and Liberal Parties of the City of New York, Appellant, against James M. Power et al., Constituting the Board of Elections of the City of New York, Respondents.— Order unanimously affirmed, with leave to the appellant to appeal to the Court of Appeals if he be so advised. Concur — Breitel, J. P., Botein, Rabin, Frank and McNally, JJ.

■ In the Matter of John C. Ryder et al., Appellants, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed, with leave to the appellants to appeal to the Court of Appeals if they be so advised. Concur — Breitel, J. P., Botein, Rabin, Frank and McNally, JJ.

## (September 10, 1957)

■ J. Radley Metzger Co., Inc., v. Charles Fay, as President of Local 485 of the International Union of Electrical Radio and Machine Workers, et al. — Motion for a stay denied and the stay contained in the order to show cause herein, dated September 9, 1957, vacated. Motion for other relief, having become academic, is denied. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

## (September 19, 1957)

■ Sid Wyche et al., Respondents, v. Miriam Davidson, Also Known as Sunny David, et al., Appellants.—Motion for stay granted, upon condition. Concur—Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ Irving Miller, Respondent, v. Kings Mercantile Co., Inc., Appellant.—Motion for stay granted. Concur—Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ Rae Yarnis, Respondent, v. Harry Yarnis, Appellant.—Motion for stay granted to the extent and upon the conditions stated in the order. Concur— Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of Anna Gordy et al., Appellants, against Robert C. Weaver, as State Rent Administrator, Respondent. George B. Benta, Intervenor-Respondent.—Motion for stay granted, upon condition. Concur—Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between Jason Corporation, Respondent, and Reo Garment Company, Appellant.—Motion for stay granted, upon condition. Concur—Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ Jean Silverstein, Respondent, v. National Auto Renting Corp. et al., Defendants, and David A. Goldner, Appellant—Motion for stay granted, upon condition. Concur—Peck, P. J., Rabin, Frank, Valente and McNally, JJ.